### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN RAMOS** | : | **CIVIL ACTION** |
| **v.** | : | |
| **ROBERT MARSH, et al** | : | **NO. 19-cv-00666-MAK** |

### ORDER

For the reasons stated in my Memorandum Opinion of this date, it is on this 18th day of May, 2020

### ORDERED

1. That the Federal Defender's Office is appointed as counsel to represent Mr. Ramos in this matter;

2. Mr. Ramos, through counsel, shall file a Reply to the Commonwealth's response (ECF 14), which shall be no longer than 30 pages, 12-point font, double-spaced, exclusive of exhibits;

3. The Reply shall be filed on or before June 26, 2020;

4. The Reply may address such issues as counsel deems appropriate, but must address at least the following: 1) whether *Martinez* should apply in this case to excuse the procedural default of the ineffective assistance of trial counsel claim based on a faulty reasonable doubt instruction; 2) whether trial counsel was ineffective, under *Strickland*, for failing to object to the instruction; 3) whether, if *Martinez* applies to forgive the procedural default, I should address the alleged instructional error *de novo* or under the deferential standard provided in 28

U.S.C. § 2254(d)(1); 4) whether an evidentiary hearing is permitted, and whether an evidentiary hearing is advisable.

5. Within 30 days of the date the Reply is filed, the Commonwealth shall file a Supplemental Response. The same page limits apply to the Supplemental Response as to the Reply.

                    **BY THE COURT:**

                    *s/Richard A. Lloret*
                    **RICHARD A. LLORET**
                    **U.S. Magistrate Judge**